## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| **RUSSELL S FRIEND,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) No. 4:19 CV 6 |
| **CACH LLC,** *et al.*, | ) ) ) |
| **Defendants.** | ) ) |

### O R D E R

As no objections have been filed with respect to the report and recommendation of Magistrate Judge John E. Martin dated September 25, 2020, the court now **ADOPTS** that report and recommendation (DE # 48), and **DENIES** plaintiff Russell Friend's motion for sanctions. (DE # 40.)

**SO ORDERED.**

Date: October 13, 2020

    s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT